# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 341 MAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| | : |
| OLIVER LAFONZO FREEMAN, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 18th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.